**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andres MARTINEZ, Defendant–**
**Appellant.**

No. 05–10758.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Nancy E. Larson, Assistant U.S. Attorney, Christopher R. Wolfe, U.S. Attorney's

Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Richard Alley, Fort Worth, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Andres Martinez raises arguments that are foreclosed by the remedy opinion in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), which effectively converted the Sentencing Guidelines from a mandatory regime to an advisory regime. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.